```
 1  MARCUS A. MANCINI, ESQ. (State Bar No.146905)
    CHRISTOPHER BARNES, ESQ. (State Bar No.206186)
 2  TARA J. LICATA, ESQ. (State Bar No. 266111)
    MANCINI & ASSOCIATES
 3  A Professional Law Corporation
    15303 Ventura Boulevard, Suite 600
 4  Sherman Oaks, CA 91403

 5  Phone: (818) 783-5757
    Fax:   (818)783-7710
 6
    Attorneys for Plaintiff DINA ABOUELNASR
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA ABOUELNASR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>US INVESTIGATIONS SERVICES LLC; MICHELLE KING; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants | Case No.  SACV12-2171 AG (RNBx)<br><br>[Assigned for all purposes to the Hon. Andrew J. Guilford, Dept. 10D]<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that a settlement has been reached between all parties which will effectuate the dismissal, with prejudice, of all claims in this matter. A written Confidential Settlement Agreement will be signed and counsel will file a Stipulation of Dismissal of all causes of action against all parties with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(ii), resolving this case in its entirety.

Based upon the foregoing, the parties respectfully request that all future Court dates be vacated at this time.

/ / /

---

1

**NOTICE OF SETTLEMENT**

| | | |
|---|---|---|
| 1 | DATED: August 27, 2013 | MANCINI & ASSOCIATES<br>A Professional Law Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>CHRISTOPHER BARNES, ESQ.<br>Attorneys for Plaintiff<br>**DINA ABOUELNASR** |
| 5 | | |

DATED:   August 27, 2013

LITTLER MENDELSON

By: _____
LARA K. STRAUSS, ESQ.
Attorneys for Defendants
**US INVESTIGATION SERVICE, LLC**

2
**NOTICE OF SETTLEMENT**